UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                                  Plaintiff,                               JUDGMENT

   v.

                                                                                 19-CV-05528-LDH-CLP

MICHAEL J. STARKWEATHER and
ANDIAMO CORPORATION,

                                Defendants.
-----------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge having been filed on November 30, 2021, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated October 27, 2021, granting the Commissioner's motion for default motion; permanently enjoining Defendant Andiamo Corporation from future violations of the securities laws; and imposing a civil penalty in the amount of $150,000 against Defendant Andiamo Corporation; it is

        ORDERED and ADJUDGED that the Motion is GRANTED for the reasons set forth in the Commission's papers supporting the Motion; it is

        FURTHER ORDERED and ADJUDGED that Andiamo is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

        (a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person; it is

FURTHER ORDERED and ADJUDGED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Judgment by personal service or otherwise: (a) Andiamo's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Andiamo or with anyone described in (a); it is

FURTHER ORDERED and ADJUDGED that Andiamo shall pay a civil penalty in the amount of $150,000 to the Securities and Exchange Commission pursuant to Exchange Act Section 21(d)(3) [15 U.S.C. § 78u(d)(3)]. Andiamo shall make this payment within 30 days after entry of this Judgment.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bankcashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to Enterprise Services Center Accounts Receivable Branch 6500 South MacArthur Boulevard Oklahoma City, OK 73169 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court;

Andiamo Corporation as a defendant in this action; and specifying that payment is made pursuant to this Judgment.

Andiamo shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Andiamo relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Andiamo. The Commission shall send the funds paid pursuant to this Judgment to the United States Treasury. The Commission may enforce the Court's Judgment for penalties by the use of all collection procedures authorized by law, including the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et seq., and moving for civil contempt for the violation of any Court orders issued in this action. Andiamo shall pay post-judgment interest on any amounts due after 30 days of the entry of this Judgment pursuant to 28 U.S.C. § 1961.

Dated: Brooklyn, New York
      December 1, 2021

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk